IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.        )<br>)<br>WILLIE LEWIS JACKSON       ) | CASE NO. 2:15-CR-335-WKW<br>[WO] |

## **ORDER**

Before the court is Defendant Willie Lewis Jackson's *pro se* motions for compassionate release (Docs. # 859, 881), in which Mr. Jackson seeks to modify an imposed term of imprisonment pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). The Government has responded in opposition. (Doc. # 885.)

Mr. Jackson was convicted based on his guilty plea to conspiring to distribute a controlled substance, in violation of 21 U.S.C. § 846, and unlawful transport of firearms, in violation of 18 U.S.C. § 922(g)(1). As a result of his convictions, Mr. Jackson was sentenced to 240 months' imprisonment. (Doc. # 678.) Mr. Jackson's projected release date is September 28, 2036. *See* https://www.bop. gov/inmateloc/ (last visited Dec. 30, 2020).

Based upon a thorough review of the record, Mr. Jackson has not shown "extraordinary and compelling reasons" warranting his early release from prison. 18 U.S.C. § 3582(c)(1)(A). He also has not demonstrated that the medical staff at his designated federal correctional institution is unable to provide him adequate medical

care for his health conditions.  *See* 18 U.S.C. § 3553(a)(2)(D); *see also United States v. Sanchez*, No. 2:17CR337-MHT, 2020 WL 3013515, at *1 (M.D. Ala. June 4, 2020) (denying an inmate's motion for compassionate release in part based on the absence of evidence "that the prison is unable to meet [the inmate's] medical needs" (citing § 3553(a)(2)(D))).  Furthermore, the balancing of the § 3553(a) factors does not favor release.

Accordingly, it is ORDERED that Mr. Jackson's motions for compassionate release (Docs. # 859, 881) are DENIED.

DONE this 7th day of January, 2021.

                                         /s/ W. Keith Watkins  
                                         UNITED STATES DISTRICT JUDGE